IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| MAURICE A DONAHOO, SR | : | CASE NO: 10-62077 |
| OLIVIA G DONAHOO | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | OBJECTION TO CLAIM(S) |

*****************************************************************************

**Now comes the Standing Chapter 13 Trustee, Toby L. Rosen**, and objects to claim **No. 23** filed herein by JP MORGAN CHASE BANK, NA AS SERVICER FOR PINNACLE FINANCIAL CORPORATION D/B/A TRI STAR LENDING GROUP for the following reason:

The claim is filed in the wrong case. This claim belongs to Janet Alexander, case #13-15051 located in the Southern District of Ohio in Cincinnati.

**WHEREFORE**, the Trustee prays that the above claim be **DISALLOWED** in its entirety.

/S/ Toby L. Rosen
Toby L Rosen, Chapter 13 Trustee

### CERTIFICATE OF SERVICE

I certify that on November 18, 2014, a true and correct copy of the OBJECTION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

JAMES R GALEHOUSE, on behalf of MAURICE A DONAHOO, SR and OLIVIA G DONAHOO, at jgalehouse@ohiolegalclinic.com

And by regular U.S. Mail, postage prepaid, on:

MAURICE A DONAHOO, SR and OLIVIA G DONAHOO
2412 22ND ST NE
CANTON, OH 44705

REAL TIME RESOLUTIONS INC AGENT FOR
JPMORGAN CHASE BANK NA AS SERVICER FOR
PINNACLE FINANCIAL CORP DBA TRI STAR LENDING GROUP
1349 EMPIRE CENTRAL DR, STE 150
DALLAS, TX 75247

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 West Tuscarawas Street, 4th Floor
Canton, Ohio 44702
330-455-2222

## NOTICE OF OBJECTION TO CLAIM

The Chapter 13 Trustee has filed an objection to claim in the bankruptcy case.

**The claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.**

The within relief shall be granted without further hearing after **THIRTY (30) DAYS** from service hereof.

If you wish to file an **OBJECTION** or a request for **HEARING**, or if you do not want the court to **eliminate or change** said claim, then on or before **DECEMBER 19, 2014**, you or your lawyer must:

File with the Court a written response to the objection, explaining your position at:

United States Bankruptcy Court
Ralph Regula Federal Building
401 McKinley Avenue, S. W.
Canton, Ohio 44702

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to:
Chapter 13 Trustee
400 W Tuscarawas St, Ste #400
Canton, Ohio 44702
and the Debtor's Attorney at:
JAMES R GALEHOUSE
C/O RAUSER & ASSOCIATES
401 W TUSCARAWAS
CANTON, OH 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.